437 A.2d 934

**ESTATE OF Harrison P. HENDEL, Deceased.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1981.

Decided Dec. 17, 1981.

Jon S. Malsnee and John S. Hibschman, Reading, for appellant in No. 259.

John S. McConaghy, Reading, for appellant in No. 261, and for appellee in Nos. 251, 259 and 261.

Alan M. Seltzer, Reading, for appellant in No. 264.

Brian C. Engelhardt, Reading, for appellant in No. 264, and for appellee in Nos. 251, 259 and 261.

Norman E. Dettra, Jr., Reading, for appellee in Nos. 251, 261, and 264.

C. Thomas Work, Reading, for appellee in Nos. 251, 259, 261 and 264.

Raymond K. Hess, Reading, for appellee in Nos. 251, 259, 261 and 264.

### Decree

PER CURIAM:

Decree affirmed. Each party to bear own costs.